UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CLOSED CIVIL CASE**

Case No. 07-23029-CIV-GRAHAM/TORRES

CHRISTINE AYAN,

    Plaintiff,

v.

TRUMAN ARNOLD COMPANIES,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the Plaintiff's Notice of Voluntary Dismiss With Prejudice as to Defendants TAC-AIR and TRUMAN ARNOLD COMPANIES [D.E. 19].

**THE COURT** has review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's action is **DISMISSED** with prejudice, pursuant to Fed.R.Civ.P. 41(a)(2). Each party shall bear its own costs and attorney's fees. In addition, it is

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as Moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of June, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Torres
    All Counsel of Record